# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

===============
## NO. 03-05-00503-CV
===============

**Charles Gorham, Administrator, City of Austin Human Rights Commission, Appellant**

**v.**

**Lakewood Homeowners Association, Appellee**

=====================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. GN502376, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING
=====================================================================

## M E M O R A N D U M   O P I N I O N

Appellant Charles Gorham, Administrator, City of Austin Human Rights Commission, filed an unopposed motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: November 4, 2005